IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 4:17CR3102 |
| Plaintiff, | ) |
| | ) DEFENDANT'S VARIANCE MOTION |
| vs. | ) |
| MIGUEL LOPEZ-AGUIRRE, | ) |
| Defendant. | ) |

COMES NOW the Defendant, by and through undersigned counsel and respectfully moves this Court for a variance at sentencing pursuant to 18 U.S.C. § 3553(a). In support of this Motion, Mr. Lopez-Aguirre files separately his supporting brief and index of evidentiary materials.

Respectfully Submitted,

MIGUEL LOPEZ-AGUIRRE, Defendant

s/ Nancy K. Peterson
Nancy K. Peterson, #21571
330 S. 10th St., Suite 200
Lincoln NE 68508
Phone: (402) 477-9192
Facsimile: (402) 441-0007
e-mail: nancy@nkpetersonlaw.com

**CERTIFCATE OF SERVICE**

I certify under penalty of perjury that the foregoing motion was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of said filing to the United States Attorney on October 1, 2018.

s/ Nancy K. Peterson
Nancy K. Peterson, #21571